B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stuart Components, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1749871** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2617 Turner Rd.**<br>**Chesterfield County, VA**<br>ZIP Code **23224** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Richmond City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stuart Components, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Stuart Components, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert B. McEntee, Jr.** _____
Signature of Attorney for Debtor(s)

**Robert B. McEntee, Jr. 23527** _____
Printed Name of Attorney for Debtor(s)

**Daniels & Morgan** _____
Firm Name

**P.O.Box 3570**
**Chester, VA 23831**

_____
Address

**(804) 748-9803  Fax: (804) 796-2706** _____
Telephone Number

**August 16, 2011** _____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Thurman N. Ingram, Jr. aka T. Neville Ingram, Jr.**
Signature of Authorized Individual

**Thurman N. Ingram, Jr. aka T. Neville Ingram, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Stuart Components, Inc.** _____,   Case No. _____

                                               Debtor   Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 117,912.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,300.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 44,560.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 1,111,170.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 117,912.00 | | |
| Total Liabilities | | | | 1,160,030.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Stuart Components, Inc.** _____ ,    Case No. _____
                                    Debtor
                                                      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Stuart Components, Inc.**                                                    , Case No. _____
                                                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Stuart Components, Inc.**
_____,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at BB&T** | - | 182.00 |
| | | **Account at Bank of Virginia** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    182.00
(Total of this page)

___5___    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stuart Components, Inc.**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **approxmate amounts due for the following jobs: Nagosky, Tam, Vass, Voser, Fornili** | - | 47,300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            47,300.00
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stuart Components, Inc.**                                                                      ,    Case No. _____
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevrolet Express Van (VIN Number: 1GCGG25V671103471) (Own half interest in vehicle with co-owner- Thurman Neville Ingram, Jr.** | - | 5,640.00 |
| | | **1989 GMC 1 ton pickup truck (VIN No. 1GDJR34K5KJ506522)** | - | 1,000.00 |
| | | **1994 Ford F-150 Pickup Truck (VIN No. 1FTDF15Y4RNA59153)** | - | 1,200.00 |
| | | **2002 Dodge Ram Van (VIN No. 2B7HB11X92K118225) (50% interest) The co-owner who owns the other 50% interest is Thurman Neville Ingram, Jr.** | - | 1,500.00 |
| | | **2002 Dodge Ram Van (VIN No. 2B7JB21Y42K109593)** | - | 3,000.00 |
| | | **1995 Ford F-150 Pickup Truck (VIN NO. 1FTEF15N8SNA97016)** | - | 1,000.00 |
| | | **2003 Dodge Cargo Van (VIN No. 2D7JB21Y13K515158) (own 50% of vehicle) The other 50% is owned by co-owner Thurman Neville Ingram, Jr.** | - | 2,000.00 |
| | | **2006 Chevrolet Express Van (VIN No. 1GCGG29V361182624) (own 50% of vehicle. The other 50% is owned by co-owner Thurman Neville Ingram, Jr.)** | - | 3,000.00 |
| | | **1998 GMC dump truck (VIN NO. 1GDJ6H1C3WJ850875)** | - | 20,000.00 |

Sub-Total >        38,340.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Stuart Components, Inc.**                                          ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | MQ HP Computer (in service as of 3/20/01) | - | 30.00 |
| | | camera (in service as of 5/16/01) | - | 10.00 |
| | | camera (in service 11/21/01) | - | 10.00 |
| | | computer server (in service 3/5/04) | - | 100.00 |
| | | computer (in service 6/29/04) | - | 50.00 |
| | | computer monitor- Glasgow (in service 9/13/05) | - | 20.00 |
| | | carpet (in service 2/01/06) | - | 20.00 |
| | | telephones (in service 2/9/06) | - | 20.00 |
| | | Dell Computer - front office (in service 6/15/06) | - | 50.00 |
| | | ice machine (in service 3/15/07) | - | 50.00 |
| | | Fence (in service 4/14/06) | - | 10.00 |
| | | 12 office chairs (in service 3/9/07) with custom table | - | 1,200.00 |
| | | Acer Computer (in service 4/10/07) | - | 50.00 |
| | | computer server (in service 5/31/07) | - | 100.00 |
| | | computer for techs (in service 8/13/07) | - | 100.00 |
| | | Laptop (Jeff) (in service 8/28/07) | - | 80.00 |
| | | office computer for drawings (in service 8/28/07) | - | 80.00 |
| | | shredder 9in service 9/7/07) | - | 10.00 |
| | | software | - | 20.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | compressor (in service 8/12/08) | - | 200.00 |
| | | pump jacks (in service 9/1/95) | - | 1,500.00 |
| | | pump jacks (in service 10/1/95) | - | 1,500.00 |

|  | Sub-Total >  | 5,210.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet  __3__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Stuart Components, Inc.**             ,    Case No. _____
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | scaffolding (in service 1/1/96) | - | 400.00 |
| | | walkboards (in service 1/1/96) | - | 300.00 |
| | | ladder racks (in service 1/1/96) | - | 10.00 |
| | | truck tool box (in service 11/12/01) | - | 10.00 |
| | | ladder (in service 6/30/02) | - | 20.00 |
| | | milter saw (in servie 6/30/02) | - | 20.00 |
| | | cement drill (in service 3/14/03) | - | 10.00 |
| | | dry wet saw (in service 8/1/03) | - | 20.00 |
| | | Kubota Tractor (in service 10/16/03) | - | 14,000.00 |
| | | Sawzail saw (in service 10/31/03) | - | 30.00 |
| | | power washer (in service 12/8/03) | - | 30.00 |
| | | sump pump ( in service 12/8/03) | - | 40.00 |
| | | bebch grinder (in service 12/8/03) | - | 20.00 |
| | | tool kit (in service 12/8/03 | - | 10.00 |
| | | power station mini compressor ( in service12/8/03) | - | 30.00 |
| | | 14" cutoff saw machine (in service 12/8/03) | - | 10.00 |
| | | scaffold ( in service 2/4/04) | - | 300.00 |
| | | mulipower (in service 12/14/04 | - | 300.00 |
| | | 1989 Dump-O-Matic (in service 5/1/98) (Trailer) (VIN No. 10067000908882058) | - | 900.00 |
| | | van racks for a 2002 Dodge Ram Van (in servie 5/20/02) | - | 10.00 |
| | | ladder rack 1994 Chevy (in service 7/15/02) | - | 10.00 |
| | | Ladder Rack 2002 Van (in service 11/1/02) | - | 10.00 |
| | | rebuit engine (5/13/05) | - | 10.00 |

|  | Sub-Total > | 16,500.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet  **4**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stuart Components, Inc.**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | power lift bucket (in service 5/13/05 | - | 300.00 |
| | | diesel motor for 1993 GMC (2/21/06) | - | 10.00 |
| | | air compressor (in service 8/16/07) | - | 50.00 |
| | | WC Jones compressor (in service 12/5/07) | - | 20.00 |
| | | hnad tools, small table saw, large table saw, table, doors, windows, bricks, cinder blocks, siding, framing, trim, fireplace, tubs, jacuzzis, toilets, lights, paint. | - | 10,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 10,380.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 117,912.00 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Stuart Components, Inc.**                                                   ,          Case No. _____
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of
the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided
if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and
other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or
guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured
creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate
schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be
liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the
claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last
sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with
primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2007** | | | | | |
| **Citizens Automotive Finance** **P.O. Box 42113** **Providence, RI** | X | - | **purchase money** **2007 Chevrolet Express Van (VIN Number: 1GCGG25V671103471) (Own half interest in vehicle with co-owner- Thurman Neville Ingram, Jr.** | | | | | |
| | | | Value $                 **11,280.00** | | | | **4,300.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | **4,300.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **4,300.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Stuart Components, Inc.**                                                              Case No. _____

,

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Stuart Components, Inc.**                                                                                      Case No. _____
                                                                    ,
                                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2011 | | | | | |
| Casey Ezell 6425 Holborn Rd. Richmond, VA 23224 | - | | | wages | | | | | 0.00 |
| | | | | | | | | 600.00 | 600.00 |
| Account No. | | | | 2011 | | | | | |
| Cheryl Ingram 5436 Hopkins Rd. Richmond, VA 23234 | - | | | payroll-wages | | | | | 0.00 |
| | | | | | | | | 1,260.00 | 1,260.00 |
| Account No. | | | | 2011 | | | | | |
| David Skeens 22530 Patrick Henry Hwy Jetersville, VA 23083 | - | | | wages | | | | | 0.00 |
| | | | | | | | | 1,100.00 | 1,100.00 |
| Account No. | | | | 2011 | | | | | |
| Matthew Cross 15001 Creekpointe Circle Midlothian, VA 23114 | - | | | wages | | | | | 0.00 |
| | | | | | | | | 200.00 | 200.00 |
| Account No. | | | | 2011 | | | | | |
| Michael Yingling, Jr. 10219 Carol Anne Rd. Chesterfield, VA 23832 | - | | | wages | | | | | 0.00 |
| | | | | | | | | 700.00 | 700.00 |

Sheet  __1__  of  __3__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

3,860.00          3,860.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Stuart Components, Inc.**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Michael Yingling, Sr. <br>2918 LekePointe Dr. <br>Apt. 1D <br>Midlothian, VA 23112 | - | | 2011 <br><br> wages | | | | <br><br>1,260.00 | 0.00 <br><br>1,260.00 |
| Account No. <br><br> Peter Ruhl <br>909 Turner Rd. <br>Richmond, VA 23225 | - | | 2011 <br><br> wages | | | | <br><br>800.00 | 0.00 <br><br>800.00 |
| Account No. <br><br> Sophany Ou <br>6601 Rolling Rd. <br>Richmond, VA 23226 | - | | 2011 <br><br> wages | | | | <br><br>200.00 | 0.00 <br><br>200.00 |
| Account No. <br><br> Thurman N. Ingram, III <br>5819 Herald Green Drive <br>Chesterfield, VA 23832 | - | | 2011 <br><br> wages | | | | <br><br>490.00 | 0.00 <br><br>490.00 |
| Account No. <br><br> Thurman N. Ingram, Jr. <br>5436 Hopkins Rd. <br>Richmond, VA 23234 | - | | 2011 <br><br> payroll- wages due | | | | <br><br>32,000.00 | 0.00 <br><br>32,000.00 |

Sheet __2__ of __3__ continuation sheets attached to                    Subtotal          | 0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    | 34,750.00 | 34,750.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Stuart Components, Inc.**                                                          ,          Case No. _____

                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chesterfield County Office of Treasurer PO Box 70 Chesterfield, VA 23832** | - | | **2011**<br><br>**personal property taxes** | | | | **2,300.00** | **0.00** | **2,300.00** |
| Account No. **54-1749871**<br><br>**Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | **2011**<br><br>**taxes for income, payroll** | | | | **1,600.00** | **0.00** | **1,600.00** |
| Account No. **0445875-8**<br><br>**VA Department Taxation P. O. Box 1115 Richmond, VA 23218** | - | | **2011**<br><br>**income and payroll taxes** | | | | **750.00** | **0.00** | **750.00** |
| Account No.<br><br>**Virginia Employment Commission PO Box 1358 Richmond, VA 23218** | - | | **2011**<br><br>**unemployment tax** | | | | **1,300.00** | **0.00** | **1,300.00** |
| Account No. | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00**<br>**5,950.00** | **5,950.00** |
| Total (Report on Summary of Schedules) | **0.00**<br>**44,560.00** | **44,560.00** |

B6F (Official Form 6F) (12/07)

In re    **Stuart Components, Inc.**                                            ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **ABC Builders Supply Co. 13201 Ramblewood Rd. Chester, VA 23836** | - | | | | **2011 Building materials** | | | | 2,047.00 |
| Account No. **ABC Supply, Inc. 7497 County Complex Rd. Hanover, VA 23069** | | | | | **2011 materials** | | | | 1,087.00 |
| Account No. **Ace Electric Co. PO Box 6721 Richmond, VA 23230** | - | | | | **2011 services** | | | | 880.00 |
| Account No. **Affinity Events P.O. Box 4197 Chester, VA 23831** | - | | | | **2011 services** | | | | 950.00 |

|  |  |
|---|---|
| __11__  continuation sheets attached | Subtotal (Total of this page)    **4,964.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Stuart Components, Inc._____ ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alside/Revere Richmond**<br>**7497 County Complex Rd.**<br>**Hanover, VA 23069** | - | | 2011<br>services | | | | 3,800.00 |
| Account No.<br><br>**American Applicators**<br>**13201 Ramblewood Rd.**<br>**Chester, VA 23836** | - | | 2011<br>services | | | | 2,800.00 |
| Account No.<br><br>**Amoco (Chase Bank)**<br>**P. O. Box 9014**<br>**Des Moines, IA 50368** | - | | 2011<br>gas card | | | | 560.00 |
| Account No.<br><br>**B.F. Rich**<br>**322 Ruthar Drive**<br>**Newark, DE 19711** | - | | 2011<br>services | | | | 8,100.00 |
| Account No.<br><br>**Balzer and Associates, Inc.**<br>**PO Box 4068**<br>**Roanoke, VA 24015** | - | | 2011<br>services | | | | 125.00 |

Sheet no. __1___ of __11__ sheets attached to Schedule of          Subtotal          
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)          | 15,385.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Components, Inc.** ,                    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 credit | | | | |
| Bank of America 100 North Tryon Street Attention: Bankruptcy Dept. Charlotte, NC 28255 | - | | | | | | 278.00 |
| Account No. | | | 2011 oil and services | | | | |
| Battle Oil Company PO Box 2973 Chester, VA 23831 | - | | | | | | 5,400.00 |
| Account No. | | | 2011 services | | | | |
| Bradco 13201 Ramblewood Rd. Chester, VA 23836 | - | | | | | | 8,206.00 |
| Account No. | | | 2011 repairs services | | | | |
| Buddy South Automotive, Inc. 11530 Hull St. Midlothian, VA 23112 | - | | | | | | 2,200.00 |
| Account No. | | | 2011 services | | | | |
| C.E. Duncan & Associates, Inc. 2609 Rocky Oak Rd. Powhatan, VA 23139 | - | | | | | | 500.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,584.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart Components, Inc.** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2011 credit | | | | |
| **Capital One PO Box 85617 Richmond, VA 23276-0001** | - | | | | | | 4,720.00 |
| Account No. | | | 2011 services and materials | | | | |
| **Certified Builders 25392 Richmond Tpk Ruther Glen, VA 22546** | - | | | | | | 2,500.00 |
| Account No. | | | 2011 utilities | | | | |
| **Chesterfield County Office of the County Treasurer P.O. Box 70 Chesterfield, VA 23832** | - | | | | | | 107.00 |
| Account No. | | | 2011 services | | | | |
| **Chris Rideout 25392 Richmond Turnpike Ruther Glen, VA 22546** | - | | | | | | 2,500.00 |
| Account No. | | | 2011 services | | | | |
| **Cole Electric Company of VA 13307 Prince James Drive Chesterfield, VA 23832** | - | | | | | | 940.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,767.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart Components, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Derek Guess T/A Guess Plumbing**<br>**1700 Genito Rally Drive**<br>**Powhatan, VA 23139** | - | | 2011<br>services | | | | 1,800.00 |
| Account No.<br><br>**Draper Aden Assoc., Inc.**<br>**2206 S. Main St.**<br>**Blacksburg, VA 24060** | - | | 2011<br>services | | | | 1,200.00 |
| Account No.<br><br>**Grease Monkey**<br>**3591 Courthouse Rd.**<br>**Richmond, VA 23236** | - | | 2011<br>vehicle repairs | | | | 514.00 |
| Account No.<br><br>**Hairfield Morton, PLC**<br>**Attn: John Trexler**<br>**PO Box 35724**<br>**Richmond, VA 23235** | - | | 2011<br>attorney services | | | | 22,000.00 |
| Account No.<br><br>**Home & Decor Magazine**<br>**3708 Hempland Rd.**<br>**Mountville, PA 17554** | - | | 2010-2011<br>advertizing | | | | 1,000.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **26,514.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart Components, Inc.** _____,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 services | | | | |
| Irizarry's Specialty Plumbing 15631 Devlin Drive Chesterfield, VA 23838 | - | | | | | | 3,650.00 |
| Account No. | | | 2011 materials | | | | |
| J and L Tile 5617 Cogbill Rd. Richmond, VA 23224 | - | | | | | | 7,262.00 |
| Account No. | | | 2011 service | | | | |
| James Stroud 7512 Amsden Drive Chesterfield, VA 23832 | - | | | | | | 6,083.00 |
| Account No. | | | 2011 materials | | | | |
| Luck Stone, Inc. PO Box 29682 Henrico, VA 23242 | - | | | | | | 322.00 |
| Account No. | | | 2011 materials | | | | |
| Massey Builders Supply, Inc. 2302 Dabney Rd. Richmond, VA 23230 | - | | | | | | 6,020.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,337.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart Components, Inc.**                                            ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mid South, Inc.**<br>**4700 Eubank Rd.**<br>**Henrico, VA 23231** | - | | 2010-2011<br>materials | | | | 7,295.00 |
| Account No.<br><br>**Morris Tile, Inc.**<br>**P.O. Box 6446**<br>**Richmond, VA 23230** | - | | 2011<br>materials | | | | 2,629.00 |
| Account No.<br><br>**Mosaic Tile, Inc.**<br>**10911 Trade Rd.**<br>**Richmond, VA 23236** | - | | 2011<br>materials | | | | 675.00 |
| Account No.<br><br>**Norandex, Inc.**<br>**8951 Whitepine Rd.**<br>**Richmond, VA 23237** | - | | 2011<br>materials | | | | 8,112.00 |
| Account No.<br><br>**Peak Electric Services, Inc.**<br>**323 Skyron Ct.**<br>**King William, VA 23086** | - | | 2011<br>services | | | | 10,500.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,211.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stuart Components, Inc.**                                              ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pella Windows and Doors, Inc.**<br>**1313 E. Main St.**<br>**Richmond, VA 23234** | - | | | **2011**<br>**materials** | | | | 9,927.00 |
| Account No.<br><br>**Platinum Plus/Business**<br>**PO Box 53137**<br>**Phoenix, AZ 85072** | - | | | **2011**<br>**materials** | | | | 1,905.00 |
| Account No.<br><br>**Pleasants Hardware, Inc.**<br>**2204 W. Broad St.**<br>**Richmond, VA 23220** | - | | | **2011**<br>**materials, tools** | | | | 907.00 |
| Account No.<br><br>**R.J. Smith Construction, Inc.**<br>**1711 Reymet Rd.**<br>**Richmond, VA 23237** | - | | | **2011**<br>**services** | | | | 3,300.00 |
| Account No.<br><br>**Rental Works, Inc.**<br>**6520 W. Broad St.**<br>**Richmond, VA 23230** | - | | | **2011**<br>**charges for renting machinery** | | | | 737.00 |

Sheet no. __7___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,776.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stuart Components, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010-2011 services and materials | | | | |
| Richmond Decorating Center 6305 Hul St. Rd. Richmond, VA 23224 | - | | | | | | | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | 2010-2011 services | | | | |
| River City Rubbish 3318 Grove Avenue Richmond, VA 23221 | - | | | | | | | |
| | | | | | | | | 880.00 |
| Account No. | | | | 2011 services and materials | | | | |
| Riverside Brick, Inc. PO Box 6666 Richmond, VA 23230 | - | | | | | | | |
| | | | | | | | | 2,130.00 |
| Account No. | | | | claim for damages for negligence and breach of contract on construction done at 9321 Hartford Oaks Circle, Mechanicsville, VA. | | | | |
| Robert M. Fornili 9321 Hartford Oaks Circle Mechanicsville, VA 23116 | - | | | | X | | X | |
| | | | | | | | | 240,000.00 |
| Account No. | | | | 2011 ad service, marketing | | | | |
| RSVP, Inc. 1504 Santa Rosa Rd. # 208 Richmond, VA 23218 | - | | | | | | | |
| | | | | | | | | 23,433.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

276,443.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Stuart Components, Inc.**
_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 services and materials | | | | |
| S.C. Cox, Inc. 901 Potomac Avenue Henrico, VA 23231 | | - | | | | | 856.00 |
| Account No. | | | 2011 paint supplies | | | | |
| Sherwin Williams 8204 Midlothian Tpk. Richmond, VA 23235 | | - | | | | | 579.00 |
| Account No. | | | 2011 materials and service | | | | |
| Spencer Brothers, Inc. 8701 Iron Bridge Rd. Richmond, VA 23237 | | - | | | | | 7,536.00 |
| Account No. | | | 2011 cell phone service | | | | |
| Sprint PO Box 569670 Dallas, TX 75356 | | - | | | | | 230.00 |
| Account No. | | | 2011 materials | | | | |
| Stock Builders Supply 4111 Eubank Rd. Henrico, VA 23231 | | - | | | | | 4,300.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **13,501.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart Components, Inc.** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stones Office Equipment Co.** <br> **5604 W. Broad St.** <br> **Richmond, VA 23230** | - | | 2011 <br> supplies | | | | 555.00 |
| Account No. <br><br> **T-Mobile** <br> **Bankruptcy Department** <br> **P.O. Box 53410** <br> **Bellevue, WA 98015-5341** | - | | 2011 <br> celll phone services | | | | 951.00 |
| Account No. <br><br> **Thomas Somerville Co.** <br> **3703 Price Club Blvd.** <br> **Midlothian, VA 23112** | - | | 2011 <br> materials | | | | 2,050.00 |
| Account No. <br><br> **Thurman N. Ingram, Jr.** <br> **5436 Hopkins Rd.** <br> **Richmond, VA 23234** | - | | 2006 to 2011 <br> loans, and past due rent | | | | 429,000.00 |
| Account No. <br><br> **Tri City Drywall** <br> **4817 Scouter Circle** <br> **Chesterfield, VA 23832** | - | | 2011 <br> services and materials | | | | 2,500.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

435,056.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stuart Components, Inc.**                                              Case No. _____
                                                    ,
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Valerie A. Mutchler- Fornili 9321 Hartford Oaks Circle Mechanicsville, VA 23116 | | - | | claim for damages for negligence and breach of contract regarding construction at 9321 Hartford Oakds Circle, Mechanicsville, VA. | X | | X | 240,000.00 |
| Account No.  Verizon PO Box 17577 Baltimore, MD 21297-0513 | | - | | 2011 phone service | | | | 505.00 |
| Account No.  Virginia Waste Services, Inc. 11800 Lewis Rd. Chester, VA 23831 | | - | | services | | | | 2,000.00 |
| Account No.  Yard Works, Inc. 19001 Hull St. Rd. Moseley, VA 23120 | | - | | 2011 services | | | | 127.00 |
| Account No. | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        242,632.00

Total
(Report on Summary of Schedules)        1,111,170.00

B6G (Official Form 6G) (12/07)

.

In re    **Stuart Components, Inc.**
_____ ,    Case No. _____
                                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Thurman N. Ingram, Jr.**<br>**5436 Hopkins Rd.**<br>**Richmond, VA 23234** | **lease of office building at 2617 Turner Rd.**<br>**Richmond, VA 23224. Last payment made in 2009.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re __Stuart Components, Inc._____,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thurman Neville Ingram, Jr.**<br>**5436 Hopkins Rd.**<br>**Richmond, VA 23234** | **Citizens Automotive Finance**<br>**P.O. Box 42113**<br>**Providence, RI** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Stuart Components, Inc.**                                   Case No. _____
                                        Debtor(s)          Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 16, 2011**                   Signature   **/s/ Thurman N. Ingram, Jr. aka T. Neville Ingram, Jr.**
                                                        **Thurman N. Ingram, Jr. aka T. Neville Ingram, Jr.**
                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Stuart Components, Inc.**

        Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2009 income (from fiscal year tax 4/1/08-3/31/09) (no taxable income) (See Tax Return for breakdown of gross receipts)** |
| $0.00 | **2010 (2009-2010 fiscal year)** |
| $0.00 | **2011 (not yet determined)** |

2

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

**3. Payments to creditors**

None

■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Robert M. Fornili and Valerie A. Mutchler-Fornili v. Stuart Components, Inc. Case Number CL09-2706** | **Complaint seeking damages in a civil action** | **Chesterfield County Circuit Court** | **Pending** |

None

■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniels & Morgan**<br>**PO Box 3570**<br>**Chester, VA 23831** | **August, 2011** | **$ 2,000.00 for fees and  $ 299.00 for costs** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Thurman N. Ingram, Jr.**<br>**5436 Hopkins Rd.**<br>**Richmond, VA 23234**<br>   **co-owner of vehicle** | **August, 2011** | **2007 Chevrolet Silverado Pickup Truck- in payment for debt.** |
| **Kenny Alvis t/a Alvis Body and Frame**<br>**3904 Bellson Park Drive**<br>**Midlothian, VA 23112**<br>   **mechanic** | **July, 2011** | **2001 Dodge Van - for payment of repair work done on said van. The repairs costs more than the value of the truck, and the company could not afford to pay for the repairs. This was an involuntary transfer done by the mechanic to satisfy payment of the repair bill by asserting his mechanics or repairman's liens rights.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None  ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None  ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None  ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None  ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME**                                                                  **ADDRESS**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

**NAME AND ADDRESS**                                      **DATE ISSUED**

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **August 16, 2011**                          Signature   **/s/ Thurman N. Ingram, Jr. aka T. Neville Ingram, Jr.**
                                                                **Thurman N. Ingram, Jr. aka T. Neville Ingram, Jr.**
                                                                **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203                                                                              2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Stuart Components, Inc.**                                          Case No. _____
_____
                                    Debtor(s)                                Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that
    compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the
    bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................    $ _____**3,000.00**

    Prior to the filing of this statement I have received ..................................    $ _____**1,701.00**

    Balance Due ...........................................................................................    $ _____**1,299.00**

2.  $ ____**299.00**____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify)

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify)

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:
        **Negotiations with secured creditors to reduce to market value; exemption planning; ; preparation and filing of
        motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.  Preparation of initial homestead
        deed as needed.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any
    other adversary proceeding.  Preparation and filing of amendments to the petition and schedules to include additional
    creditors and/or assets or any other amendments to petition, schedules, statement(s), and/or lists; preparation and/or
    negotiation of reaffirmation agreements, recording fee for homestead deed(s), preparation of cover sheet for
    homestead deed(s), and any and al other services which may be required; costs associated with obtaining credit
    reports and/or credit counseling.**

Form B203 - Continued                                                    2005 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 16, 2011** | **/s/ Robert B. McEntee, Jr.** |
| *Date* | **Robert B. McEntee, Jr. 23527** |
| | *Signature of Attorney* |
| | |
| | **Daniels & Morgan** |
| | *Name of Law Firm* |
| | **P.O.Box 3570** |
| | **Chester, VA 23831** |
| | **(804) 748-9803   Fax: (804) 796-2706** |

---

### *For use in Chapter 13 Cases where Fees Requested Not in Excess of $3,000*
### *(For all Cases Filed on or after 10/17/2005)*
## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
|---|---|
| *Date* | |
| | *Signature of Attorney* |

---

ABC Builders Supply Co.
13201 Ramblewood Rd.
Chester, VA 23836

ABC Supply, Inc.
7497 County Complex Rd.
Hanover, VA 23069

Ace Electric Co.
PO Box 6721
Richmond, VA 23230

Affinity Events
P.O. Box 4197
Chester, VA 23831

Alside/Revere Richmond
7497 County Complex Rd.
Hanover, VA 23069

American Applicators
13201 Ramblewood Rd.
Chester, VA 23836

Amoco (Chase Bank)
P. O. Box 9014
Des Moines, IA 50368

B.F. Rich
322 Ruthar Drive
Newark, DE 19711

Balzer and Associates, Inc.
PO Box 4068
Roanoke, VA 24015

Bank of America
100 North Tryon Street
Attention: Bankruptcy Dept.
Charlotte, NC 28255

Battle Oil Company
PO Box 2973
Chester, VA 23831

```
Bradco
13201 Ramblewood Rd.
Chester, VA 23836


Buddy South Automotive, Inc.
11530 Hull St.
Midlothian, VA 23112


C.E. Duncan & Associates, Inc.
2609 Rocky Oak Rd.
Powhatan, VA 23139


Capital One
PO Box 85617
Richmond, VA 23276-0001


Casey Ezell
6425 Holborn Rd.
Richmond, VA 23224


Certified Builders
25392 Richmond Tpk
Ruther Glen, VA 22546


Cheryl Ingram
5436 Hopkins Rd.
Richmond, VA 23234


Chesterfield County
Office of the County Treasurer
P.O. Box 70
Chesterfield, VA 23832


Chesterfield County
Office of Treasurer
PO Box 70
Chesterfield, VA 23832


Chris Rideout
25392 Richmond Turnpike
Ruther Glen, VA 22546


Citizens Automotive Finance
P.O. Box 42113
Providence, RI
```

Cole Electric Company of VA
13307 Prince James Drive
Chesterfield, VA 23832


David Skeens
22530 Patrick Henry Hwy
Jetersville, VA 23083


Derek Guess T/A Guess Plumbing
1700 Genito Rally Drive
Powhatan, VA 23139


Draper Aden Assoc., Inc.
2206 S. Main St.
Blacksburg, VA 24060


Grease Monkey
3591 Courthouse Rd.
Richmond, VA 23236


Hairfield Morton, PLC
Attn: John Trexler
PO Box 35724
Richmond, VA 23235


Home & Decor Magazine
3708 Hempland Rd.
Mountville, PA 17554


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irizarry's Specialty Plumbing
15631 Devlin Drive
Chesterfield, VA 23838


J and L Tile
5617 Cogbill Rd.
Richmond, VA 23224


James Stroud
7512 Amsden Drive
Chesterfield, VA 23832

Luck Stone, Inc.
PO Box 29682
Henrico, VA 23242

Mark C. Nanavati, Esq.
Sinnott Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, VA 23114

Massey Builders Supply, Inc.
2302 Dabney Rd.
Richmond, VA 23230

Matthew Cross
15001 Creekpointe Circle
Midlothian, VA 23114

Michael Yingling, Jr.
10219 Carol Anne Rd.
Chesterfield, VA 23832

Michael Yingling, Sr.
2918 LekePointe Dr.
Apt. 1D
Midlothian, VA 23112

Mid South, Inc.
4700 Eubank Rd.
Henrico, VA 23231

Morris Tile, Inc.
P.O. Box 6446
Richmond, VA 23230

Mosaic Tile, Inc.
10911 Trade Rd.
Richmond, VA 23236

Norandex, Inc.
8951 Whitepine Rd.
Richmond, VA 23237

Peak Electric Services, Inc.
323 Skyron Ct.
King William, VA 23086

Pella Windows and Doors, Inc.
1313 E. Main St.
Richmond, VA 23234


Peter Ruhl
909 Turner Rd.
Richmond, VA 23225


Platinum Plus/Business
PO Box 53137
Phoenix, AZ 85072


Pleasants Hardware, Inc.
2204 W. Broad St.
Richmond, VA 23220


R.J. Smith Construction, Inc.
1711 Reymet Rd.
Richmond, VA 23237


Rental Works, Inc.
6520 W. Broad St.
Richmond, VA 23230


Richmond Decorating Center
6305 Hul St. Rd.
Richmond, VA 23224


River City Rubbish
3318 Grove Avenue
Richmond, VA 23221


Riverside Brick, Inc.
PO Box 6666
Richmond, VA 23230


Robert M. Fornili
9321 Hartford Oaks Circle
Mechanicsville, VA 23116


RSVP, Inc.
1504 Santa Rosa Rd.
# 208
Richmond, VA 23218

S.C. Cox, Inc.
901 Potomac Avenue
Henrico, VA 23231


Sherwin Williams
8204 Midlothian Tpk.
Richmond, VA 23235


Sophany Ou
6601 Rolling Rd.
Richmond, VA 23226


Spencer Brothers, Inc.
8701 Iron Bridge Rd.
Richmond, VA 23237


Sprint
PO Box 569670
Dallas, TX 75356


Stock Builders Supply
4111 Eubank Rd.
Henrico, VA 23231


Stones Office Equipment Co.
5604 W. Broad St.
Richmond, VA 23230


T-Mobile
Bankruptcy Department
P.O. Box 53410
Bellevue, WA 98015-5341


Thomas Somerville Co.
3703 Price Club Blvd.
Midlothian, VA 23112


Thurman N. Ingram, III
5819 Herald Green Drive
Chesterfield, VA 23832


Thurman N. Ingram, Jr.
5436 Hopkins Rd.
Richmond, VA 23234

Thurman Neville Ingram, Jr.
5436 Hopkins Rd.
Richmond, VA 23234


Tri City Drywall
4817 Scouter Circle
Chesterfield, VA 23832


VA Department Taxation
P. O. Box 1115
Richmond, VA 23218


Valerie A. Mutchler- Fornili
9321 Hartford Oaks Circle
Mechanicsville, VA 23116


Verizon
PO Box 17577
Baltimore, MD 21297-0513


Virginia Employment Commission
PO Box 1358
Richmond, VA 23218


Virginia Waste Services, Inc.
11800 Lewis Rd.
Chester, VA 23831


Yard Works, Inc.
19001 Hull St. Rd.
Moseley, VA 23120

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Stuart Components, Inc.**
_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Stuart Components, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Thurman N. Ingram, Jr.**
**AKA T. Neil Ingram, Jr.**
**5436 Hopkins Rd.**
**Richmond, VA 23234**

☐ None [*Check if applicable*]

**August 16, 2011**
_____
Date

**/s/ Robert B. McEntee, Jr.**
_____
**Robert B. McEntee, Jr. 23527**
Signature of Attorney or Litigant
Counsel for    **Stuart Components, Inc.**
**Daniels & Morgan**
**P.O.Box 3570**
**Chester, VA 23831**
**(804) 748-9803 Fax:(804) 796-2706**